MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT ALLEN GORDON, | Civil No. 2:18-cv-01781-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her MSJ. Defendant respectfully requests this extension of time because the undersigned is taking a lengthy vacation for the end of the year holidays, and because of a very heavy workload in January, including over ten district court merits briefs due in that month.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's Motion for Summary Judgment will be Monday, February 18, 2019.

Respectfully submitted,

Date: *December 30, 2018*  LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Laura Eve Krank\**
Laura Eve Krank
*\* By email authorization on December 20, 2018*
Attorney for Plaintiff

Date: *December 30, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: January 3, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Brief