MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT ALLEN GORDON, | Civil No. 2:18-cv-01781-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her MSJ. Defendant respectfully requests this extension of time because the undersigned has an extremely heavy workload, including five other district court merits briefs due within the next ten days, and the just completion of the telephonic merits hearings noticed only a week ago.

Stip. to Extend Def.'s MSJ

1

1 | The new due date for Defendant's Motion for Summary Judgment will be Monday,
2 | March 4, 2019.

Respectfully submitted,

Date: *February 19, 2019*　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Laura Eve Krank*　　　　　　
Laura Eve Krank
*\* By phone authorization on February 19, 2019*
Attorney for Plaintiff

Date: *February 19, 2019*　　　　MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*　　　　　
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: February 21, 2019

　　　　　　　　　　　　　　　　　　
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Brief