Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Robert Allen Gordon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLEN GORDON, | Case No.: 2:18-cv-01781-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF |
| vs. | ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL |
| ANDREW SAUL, | ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT |
| Commissioner of Social Security, | TO 28 U.S.C. § 1920 |
| Defendant. | |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Robert Allen Gordon be awarded attorney fees in the amount of Four Thousand, Four Hundred dollars ($4,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Robert Allen Gordon, the government will consider the matter of Robert Allen Gordon's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Robert Allen Gordon, but if the Department of the Treasury determines that Robert Allen Gordon does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Robert Allen Gordon.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Robert Allen Gordon's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Robert Allen Gordon and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 5, 2019     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*

BY:_____
Laura E. Krank
Attorney for plaintiff Robert Allen Gordon

DATED: September 5, 2019    MCGREGOR W. SCOTT
United States Attorney

/s/ *Michael K. Marriott*

_____
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW M. SAUL, Commissioner of Social
Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

Dated:  September 6, 2019

_____
DENNIS M. COTA
U. S. MAGISTRATE JUDGE